SUE FAHAMI
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 5634
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PLATINUM MANAGEMENT GROUP 8, LLC, a Nevada Limited Liability Company d/b/a Z-MART, and RODY YOUSIF, individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:24-CV-1798-JCM-BNW<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The Plaintiffs and Defendant, through their undersigned counsel, stipulate to the joint dismissal of the above captioned action, with prejudice, in recognition of the following circumstances:

1.  The Plaintiff, Platinum Management Group 8, LLC, no longer operates a retail food store at 4380 S. Decatur Blvd., Las Vegas, Nevada. As such, the Plaintiff's SNAP licensure cannot be reinstated and the relief sought by the Plaintiff has become moot. Therefore, the Plaintiff, Platinum Management Group 8, LLC, seeks to dismiss its claims with prejudice.

2.  The Plaintiff Rody Yousif, a natural person and multi-unit retail food store owner, is permitted by the Defendant's current procedures to apply and reapply for SNAP licensure in the future at other retail food stores aside from any store located at 4380 S. Decatur Blvd., Las Vegas, Nevada, subject to the criteria and requirements set forth in the relevant

statutory and regulatory provisions at the time of such application. As such, Plaintiff Yousif's requests for relief have become moot and he therefore seeks to dismiss his claims against the Defendant with prejudice. The Defendant makes no representations about what future policies or procedures will be and whether any particular application will be successful.

3. The Plaintiffs waive their attorney's fees and court costs associated with bringing forth this litigation.

4. The Defendant makes no representations in this Joint Stipulation for Dismissal, has no objection to the dismissal of the above captioned matter with prejudice, and waives its attorney's fees and court costs associated with defending this litigation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1        It is thereupon requested by the parties that the Court dismiss this matter with prejudice,

2   and with the parties bearing their own attorney's fees and court costs.

3        Respectfully submitted this __24th__ day of July, 2025.

4   **LBC Law Group**                                      SUE FAHAMI
                                                            **First Assistant United States Attorney**
5

6   /s/ John C. Courtney                                   /s/ Tamer B. Botros

7   _____                            _____
    **John C. Courtney**                                   **Tamer B. Botros**
8   723 S. 7th Street                                      Assistant United States Attorney
    Las Vegas, NV 89101
9   (702) 608-3030; Fax (702) 463-4443
    info@LBCLawgroup.com
10  *Counsel for Plaintiffs*

11

12  **Metropolitan Law Group, PLLC**

13  /s/ Andrew Z. Tapp

14  _____
    **Andrew Z. Tapp, Esq.**
15  FL Bar No. 68002
    *Pro Hac Vice*
16  1971 W. Lumsden Road, Suite 326
    Brandon, FL 33511
17  Ph: 813-228-0658; Fax: 813-330-3129
    Andrew@Metropolitan.Law
18  *Attorney for Plaintiffs*

19

20                                                         **IT IS SO ORDERED:**

21

22                                                         _____
                                                           ~~United~~ States District Court Judge
23                                                         **Dated:** _ July 29, 2025

24

25

26

27

28